IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| TONYA L. SIZEMORE,<br><br>      Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, SAMUEL I. WHITE, P.C., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, and DOES ONE AND TWO,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. 3:15-cv-00597-REP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please note the appearance of Michael R. Ward of Morris & Morris as counsel of record for Trans Union in this case.


                                              TRANS UNION LLC

                                              /s/_____
                                              Michael R. Ward
                                              Virginia Bar Number 41133
                                              Attorney for Trans Union LLC
                                              Morris & Morris, P.C.
                                              P.O. Box 30
                                              Richmond, VA 23218-0030
                                              Phone: 804-344-8300
                                              Fax: 804-344-8359
                                              mward@morrismorris.com

DATED: February 2, 2016.

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2015, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Dale W. Pittman
The Law Office of Dale W. Pittman, PC
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
Fax: (804) 861-3368
dale@pittmanlawoffice.com
and
Thomas Dean Domonsoke
Thomas D. Domonoske, Attorney at Law
461 Lee Avenue
Harrisonburg, VA 22802
(540) 442-8616
tomdomonoske@earthlink.net
*Counsel for Plaintiff*

Erika Jensene Karnaszewski
Nelson Mullins Riley & Scarborough LLP 101 Constitution Av, NW
Suite 900
Washington, DC 20001
(202) 712-2800
Fax: (202) 712-2897
Erika.Karnaszewski@nelsonmullins.com
and
Nathan Ira Brown
Nelson Mullins Riley and Scarborough LLP 949 3rd Ave
Suite 200
Huntington, WV 25701
(304) 526-3500
Fax: (304) 526-3581
nathan.brown@nelsonmullins.com
*Counsel for JP Morgan Chase Bank, National Association*

Bizhan Beiramee
Beiramee Law Group PC
7508 Wisconsin Ave
Second Floor
Bethesda, MD 20814
(301) 547-3805
Fax: (703) 483-9599
bbeiramee@beiramee.com
and
Lisa Hudson Kim
Samuel I White PC
5040 Corporate Woods Dr, Suite 120
Virginia Beach, VA 23462
(757) 457-4234
lkim@siwpc.com
*Counsel for Samuel I. White, P.C.*

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218
(804) 697-5410
Fax: (804) 698-5118
david.anthony@troutmansanders.com
*Counsel for Experian Information Solutions, Inc.*

John Willard Montgomery, Jr.
John W. Montgomery Jr. Attorney PLC
2116 Dabney Rd
Suite A-1
Richmond, VA 23230
(804) 355-8744
Fax: (804) 355-8748
jmontgomery@jwm-law.com
*Counsel for Equifax Information Services, LLC*

/s/_____
Michael R. Ward
Virginia Bar Number 41133
Attorney for Trans Union LLC
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Phone: 804-344-8300
Fax: 804-344-8359
mward@morrismorris.com