IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TONYA L. SIZEMORE,

    Plaintiff,

v.                        Civil Action No. 3:15cv597

JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION
et al.,

    Defendants.

**ORDER**

Counsel for the parties having represented that the disputes in this action have been settled, it is hereby ORDERED that DEFENDANT JPMORGAN CHASE BANK, N.A.'S RENEWED MOTION TO DISMISS (Docket No. 26) is denied as moot.

Further, it appearing that the disputes with all defendants have been settled, it ORDERED that the parties shall submit a Dismissal Order or file a Stipulation of Dismissal by April 15, 2016.

It is so ORDERED.

                                        /s/    *REP*
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: March 17, 2016