**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**TONYA L. SIZEMORE,**
**Plaintiff**

**v.**                                        **Civil Action No.   3:15-v-00597-REP**

**JP MORGAN CHASE BANK, N.A. et al.**
**Defendants.**

**CONSENT ORDER EXTENDING DEADLINE TO SUBMIT**
**STIPULATION OF DISMISSAL**

Counsel for the Plaintiff Tonya L. Sizemore ("Plaintiff") and counsel for Defendant JPMorgan Chase Bank, N.A. ("Chase") respectfully submit this Consent Order Extending Deadline to Submit Stipulation of Dismissal and in support state as follows:

1.      In accordance with the Court's March 17, 2016 Order [Dkt. No. 58], in which the Court entered the parties' Joint Notice of Settlement [Dkt. 57] of the case, the parties notified the Court that they anticipated filing a stipulation of dismissal by April 15, 2016.

2.      Counsel for Plaintiff and counsel for Chase now respectfully request that the Court extend the deadline for the parties to file a stipulation of dismissal for one week, or until April 21, 2016, so as to allow the parties to finalize settlement, although this extension shall not alter or be deemed a waiver of any of the terms of the settlement agreement reached by the parties.

Wherefore, for the foregoing reasons, and upon agreement of all parties, Plaintiff Tonya L. Sizemore and Defendant JPMorgan Chase Bank, N.A. request that the Court enter this Consent Order extending the deadline to file a stipulation of dismissal for one week, or until April 21, 2016, as set forth herein.

WHEREFORE, this Court, having considered the representations of the parties contained herein, hereby GRANTS the parties' request and ORDERS that the parties submit a stipulation of dismissal on or before April 21, 2016.


Dated:  April ____, 2016                    _____

United States Judge



WE ASK FOR THIS:



/s/ Dale W. Pittman_____
Dale W. Pittman, VSB No. 15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

Thomas D. Domonoske, VSB No. 35434
461 Lee Avenue
Harrisonburg, VA 22802
(540) 442-7706
tomdomonoske@earthlink.net

Roger W. Mullins, VSB No. 12308
ROGER W. MULLINS, PLLC
106 Church Street
P.O. Box 647
Tazewell, VA 24651-0647
(276) 988-7566
(276) 988-9174 (FAX)
roger@rogermullins.com

*Counsel for Tonya Sizemore*

/s/ Erika J. Karnaszewski Fedelini
Nathan I. Brown, Esq., VSB No. 65304
Email: nathan.brown@nelsonmullins.com
Erika J. Karnaszewski Fedelini, Esq., VSB No. 76031
Email: erika.karnaszewski@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
949 3rd Avenue, Suite 200
Huntington, West Virginia 25701
Telephone:  (304) 526-3518
Facsimile:  (304) 526-3581

*Counsel for JPMorgan Chase Bank, N.A.*