**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| **TONYA L. SIZEMORE,** <br><br>　　　　　Plaintiff, <br>v. <br><br>**JP MORGAN CHASE BANK, NATIONAL ASSOCIATION,** *et al.*, <br><br>　　　　　Defendants. | Case No.: 3:15-cv-00597-REP |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Tonya L. Sizemore, by counsel, with consent of DEFENDANT JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, hereby stipulates to the dismissal of all claims against DEFENDANT JP MORGAN CHASE BANK, NATIONAL ASSOCIATION in this case *WITH PREJUDICE*.

There are no longer any issues in this action between Plaintiff and DEFENDANT JP MORGAN CHASE BANK, NATIONAL ASSOCIATION only to be determined by the Court, and all parties that have entered an appearance stipulate to its dismissal, with the Court retaining jurisdiction for the purpose of enforcing the settlement of the matter.

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　　　**TONYA L. SIZEMORE**
　　　　　　　　　　　　　　　　　　　　　　*By Counsel*

Dated: April 21, 2016　　　　　By:　　　/s/
　　　　　　　　　　　　　　　　　　Thomas D. Domonoske, VSB #35434
　　　　　　　　　　　　　　　　　　461 Lee Avenue
　　　　　　　　　　　　　　　　　　Harrisonburg, VA 22802
　　　　　　　　　　　　　　　　　　(540) 442-7706
　　　　　　　　　　　　　　　　　　tomdomonoske@earthlink.net

1

                                                    Dale W. Pittman, Esq., VSB #15673
                                                    THE LAW OFFICE OF DALE W. PITTMAN, P.C.
                                                      The Eliza Spotswood House
                                                     112-A West Tabb Street
                                                     Petersburg, VA  23803-3212
                                                     Phone: (804) 861-6000
                                                     Fax: (804) 861-3368
                                                     Email: dale@pittmanlawoffice.com
                                                     *Counsel for Plaintiff Tonya Sizemore*

**SEEN AND CONSENTED TO:**

By:       /s/
        Nathan I. Brown, VSB# 65304
        NELSON MULLINS RILEY & SCARBOROUGH LLP
        949 3rd Avenue, Suite 200
        Huntington, West Virginia 25701
        Phone: (304) 526-3518
        Fax: (304) 526-3581
        Email: nathan.brown@nelsonmullins.com
        *Counsel for Defendant JPMorgan Chase Bank, N.A.*

### CERTIFICATE OF SERVICE

I certify that on the 21st day of April, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will then send a notification of electronic filing (NEF) to all registered users, including:

    Bizhan Beiramee, Esquire
    BEIRAMEE LAW GROUP, P.C.
    7508 Wisconsin Avenue, Second Floor
    Bethesda, Maryland 20814
    *Counsel for Defendant Samuel I. White, P.C.*

    Michael R. Ward, Esquire
    Morris & Morris, P.C.
    P.O. Box 30

Richmond, VA 23218-0030
*Counsel for Defendant Trans Union LLC*

John W. Montgomery, Jr., Esquire
John W. Montgomery, Jr., Attorney, PLC
2116 Dabney Road, Suite A-1
Richmond, VA 23230
*Counsel for Equifax Information Services, LLC*

David N. Anthony, Esquire
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
*Counsel for Defendant Experian Information Solutions*

                                          /s/
                                  Thomas D. Domonoske, VSB #35434
                                  461 Lee Avenue
                                  Harrisonburg, VA 22802
                                  (540) 442-7706
                                  tomdomonoske@earthlink.net

                                  *Counsel for Plaintiff Tonya Sizemore*